

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|                        |   |                             |
|------------------------|---|-----------------------------|
|                        | § |                             |
| THE STATE OF TEXAS,    | § | No. 08-18-00002-CR          |
| State,                 | § | Appeal from the             |
| v.                     | § | 171st District Court        |
| ABRAHAM CONTRERAS,     | § | of El Paso County, Texas    |
| Appellee.              | § | (TC# 20160D06093)           |
|                        | § |                             |

## **O R D E R**

The Court GRANTS the Appellee's second motion for extension of time within which to file the brief until **March 25, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mary Stillinger, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before March 25, 2019.

IT IS SO ORDERED this 24th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.